MINNIE McKAMEY v. ANDREW BLAIR.

(Filed 23 November, 1932.)

**Appeal and Error J d—Where Court is evenly divided judgment will be affirmed.**

Where on appeal the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment will be affirmed without becoming a precedent.

CLARKSON, J., not sitting.

APPEAL by plaintiff from *Schenck, J.,* at February Special Term, 1932, of MECKLENBURG.

Cox v. BANK.

Civil action to recover damages for alleged negligent injury.

There was a verdict and judgment for the defendant, from which the plaintiff appeals, assigning errors.

*G. T. Carswell and Joe W. Ervin for plaintiff.*
*Cansler & Cansler for defendant.*

PER CURIAM. The Court being evenly divided in opinion, *Clarkson, J.,* not sitting, the judgment of the Superior Court is affirmed and stands as the decision in this case without becoming a precedent. *Nebel v. Nebel,* 201 N. C., 840, 161 S. E., 223; *Durham v. Lloyd,* 200 N. C., 803, 157 S. E., 136; *Gooch v. Tel. Co.,* 196 N. C., 823, 146 S. E., 803.

Affirmed.

CLARKSON, J., not sitting.